# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GOMEZ,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Respondents. | NO. EDCV 14-1493-GW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　In the same document as his objections, which were filed on February 13, 2015, Petitioner requests appointment of an interpreter because he does not speak English.  Petitioner acknowledges that he has the help of another inmate who is bilingual.  Petitioner's request for an interpreter is DENIED.

1       Petitioner also requests appointment of counsel. Petitioner's request is
2 DENIED. See *McCleskey v. Zant*, 499 U.S. 467, 495, 111 S. Ct. 1454, 113 L. Ed.
3 2d 517 (1991); *Pennsylvania v. Finley*, 481 U.S. 551, 555, 107 S. Ct. 1990, 95 L.
4 Ed. 2d 539 (1987); *Ortiz v. Stewart*, 149 F.3d 923, 932 (9th Cir. 1998).

5       Petitioner's December 29, 2014 request for a stay (Dkt. No. 14) pending
6 exhaustion of his claims in California is DENIED. As the Report explains, the
7 petition is completely unexhausted and must be dismissed without prejudice.
8 (Report at 4 (citing *Rasberry v. Garcia*, 448 F.3d 1150, 1154 (9th Cir. 2006)).)

9       Petitioner's motion for relief (Dkt. No. 23), which was filed on March 18,
10 2015, is DENIED.

11       IT IS ORDERED that judgment be entered denying the Petition and
12 dismissing this action without prejudice.

14 DATED: July 31, 2015

                                       GEORGE H. WU
                                       United States District Judge