# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GOMEZ,<br><br>    Petitioner,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Respondents. | NO. EDCV 14-1493-GW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: July 31, 2015

_____
GEORGE H. WU
United States District Judge